**Electronically Filed**
**Supreme Court**
**SCWC-12-0000168**
**17-OCT-2013**
**09:27 AM**

SCWC-12-0000168

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

FINANCE FACTORS, LIMITED, a Hawai'i corporation,
Respondent/Plaintiff/Counter-Claim Defendant/Appellee,

vs.

JOAN BIHN,
Petitioner/Defendant/Counter-Claim Plaintiff/Appellant,

and

DEPARTMENT OF TAXATION, STATE OF HAWAI'I,
Defendant/Appellee,

and

JOHN DOES 1-50, JANE DOES 1-50, DOE ENTITIES,
Defendants/Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000168; CIV. NO. 10-1-0211(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The application for writ of certiorari filed on
September 3, 2013 by Petitioner Joan Bihn is hereby rejected.

DATED: Honolulu, Hawai'i, October 17, 2013.

Joan Bihn,
pro se

Keith Y. Yamada and
Andrew G. Odell,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

